IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA

James T. Murzike #L07713
PLAINTIFF

VS.

| | |
|---|---|
| Sgt. Green, R. | Sgt. Stockling |
| Sgt. Ruleviten, | Lt. Durborow |
| CO. Mattox, | Lt. John Doe |
| CO. Decubblis | Lt. Anthony, Smith |
| Sgt. Weed, C. | Sgt. McClure |
| CO. Cottoys, | CO. Dean, J.R. |
| CO. Benneose Rios, | CO. Gosnell, D. |
| I/M Jenkings, | I/M Lowe |
| I/M Welch, J. | I/M Austin, |
| I/M Brimberry, C. | |

INJUNCTION & A TEMPORARY RESTRAINING ORDER

3:23CV75-TJC-MCR

CASE NO: _____

FILED 2023 JAN 23 PM 1:4
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UPON THE COMPLAINT, THE SUPPORTING AFFIDAVITS OF PLAINTIFFS, AND THE MEMORANDUM OF LAW SUBMITTED HEREWITH, IT IS:

PLAINTIFFS, James T. Murzike, Pro Se, HEREBY MOVES THIS COURT FOR AN EMERGENCY TEMPORARY/PERMENANT INJUNCTION FOR PROTECTION AGAINST REPEATED VIOLENCE SEXUAL ABUSE PURSUANT TO FLA. R. CIV. P. 1.610 IN SUPORT OF THIS MOTION PLAINTIFF STATES THE FOLLOWING:

(1). PLAINTIFF IS AN INMATE INCARCERATED IN THE FLA. DEPT. OF CORRECTION & HOUSED AT UNION CORRECTIONAL INSTITUTION, RAIFORD, FLORIDA. PLAINTIFF IS IN PROCESS OF ATTACKING LIVING CONDITIONS, AND THE PHYSICAL ASSAULTS & SEXUAL BATTERY, ABUSE, & FALSE DISCIPLINARY REPORTS WRITTEN & THESE ILLEGAL STARVATION TACTICAL HERE AT UNION C.I.

(2). Plaintiff has filed numerous of grievances in regards of being sexual battered, by staff inmates etc. threaten by staff, mail being stole & destroyed by staff, & grievances being censored & not logged, physically battered by staff & inmates, deprived of my food, etc... etc... Since the filing & reporting V-Dorm Officials by the names of C.O. Decubblis, C.O. L. Brown, Sgt. Green, R., Sgt. Ruleveu C.O. Wiggins, C.O. Mattox, Sgt. Wood, C. C.O. John Doe, C.O. Carter, C.O. Cottons, C.O. Dean, J.R. C.O. Bennette Rios, Sgt. Stockling, Lt. Davis, C.O. Cicore, Sgt. McClure had verbally informed me that it will be in my best interest to stop filing grievances & law suits & dismiss any I have in court before I get sprayed with gas, strip, & force cell destracted & ship out of here to Boothill dead in a body bag blooded.

It shall be noted that these specific aforestated administrative officials in V-Dorm & supervisor has extensive history of assaults on inmates, gasing inmates, setting inmates up to be place on strip to destroy all they personal property, for no reason & sexual battered inmates in which their bad acts are always orchestrated and covered up by V- and U- Dorm supervisor Lt. Duborow, S., Lt. Johnson, Lt. William, Cpt. Brown, Cpt. Grubb, Lt. John Doe, Lt. E' Henry Sgt. Spanish male, etc. etc.

(3) At first I took the threats as nothing more than scare tactics to pursvade me to dismiss my law suits etc... But on dates <u>Sept. 21st 2022</u>, <u>10-1-22</u>, <u>9-6-22</u>, & <u>12-22-22</u> etc. I found out the threats are genuine because officials sprayed me with chemical agents, place me on leaf & strip thrown away my property legal mail & physically assaulted me & sexual battered me p.p.d. 602.033 policy please have Union C.I. to retain all audio/video camera for courts review & evidence on December 22nd 2022 approx. 9:00am - 2:30p.m. Retain audio/video camera's in V-Dorm V-2102L & V-Dorm Sally Port Hallway medical treaige room

(4). On 12-19-22 approx. 19:05 p.m. Lt. Dueborow, S. Sgt Rulevitch, Lt. Randell, C.O. Cotton, to set me up saying I was yelling in wing in order to have me continued on C.M. loss of visit, phone, yard etc.

(5). On 12-13-22 C.O. Cotton, C.O. Dean, J.R. C.O. Bernette Roy, etc. informed me that he going to put something hot on my Black Ass & they gonna set it up for me to be force cell restracted & beat bleeded if I don't stop writing grievance etc. So I filed complaint then Lt. William, Sgt. Green, R. Lt. Taylor C.O. Bair, C. C.O. Brown, L. etc. etc. came back & gas me & physical batter me & strip me & denied me twenty-one (21) meals straight on illegal unlawful management meal

(6). On 12-14-22 approx. 1:00pm - 4:00pm Sgt. Rulevitch, Lt. Johnsen, Lt. Williams, sexual battered me beat me & take nude photos of me etc.

(7). On 9-21-22 & 9-27-22 Sgt. Rulevitch, sexual battered me beat me etc. I remain in cell untreated

(8). On 10-6-22 Sgt. Green, R. stabbed me in hand with deadly weapon I remain in cell untreated

Never the less this court & other circuits is already fully aware that Florida Legislation passed the law to have these cameras placed inside the prison dorms living quarters to monitor and alleviate officers from attacking & abusing inmates and spraying them putting them on strip intentionally in retaliation especially here at Union Correctional Institution that is habitually known for these tyrannical acts.

Plaintiff ask this honorable court please help me by using your inherent powers to order prison officials at Union C.I. to hold the audio/video camera's as evidence in V-Dorm Quad-2 on all above dates for the purpose to be subpeoned & reviewed on basis of the aforesaid facts & 1983 complaint that will be submitted & plaintiff has filed grievances & not gotten any answer back they are censoring my grievances.

I don't think it will be in my best interest to keep submitting these matter through the Inmate Grievance procedure because all it will do is cause them to come back immediately with their well used and well planned theory to claim I'm refusing to submit to handcuffs & come out my cell or being disorderly to give Lieutenants Taylor, UtWilliam, Lt durberrow, Lt. John Doe, Cpt. Brown, Cpts Grubbs etc etc. Justification to spray me with chemical agents & to call a five man cell extraction team in helments, etc. to come in cell & seriously hurt me or take my life. This goes on here on a regular basis against inmates like myself that is on their hit list for filing law suits & grievances against staff wrong doing & illegal acts.

Please note: to this honorable the listed Jim's these security officials allowing them to starve me extort me for money put broken pieces of razor blades into my food etc. etc. seek this court to have immediately court order remove these gang memers & I'm orderly out this dorm. Due to ongoing sexual advances & playing with my food

# MEMORANDUM OF LAW

Fla. R. Civ. P. 1.610 provides in pertinent part:

(1) A temporary injunction may be granted without written or oral notice to the adverse party only if:

(A) It appears from the specific facts shown by affidavit or verified pleading that immediate and irreparable injury, loss or damage will result to the movant before the adverse party can be heard in opposition; an

(B) The movants attorney certifies in writing any efforts that have been made to give notice and the reasons why notice should not be required.

See also, Youngbere vs. Remeo, 457 U.S. 307, 315, 316, 102 S. Ct. 2452, 24-57-2458 L.Ed. 2d 28 (1982). (It would be odd to deny an injunction to inmates who plainly proved an unsafe, life threating condition in there prison on the ground that nothing yet had happen to them. The court of appeals have plainly recongjinized that a remedy for unsafe conditions need not await a tragic event).

Accordingly, here in the present case I plaintiff Murzike has sufficiently describe herein this motion good reasons why the court should subpeona the video tape evidence of the time submitted herein this motion that will also substantive good reasons of granting a temporary injunction with written or oral notice to the adverse parties.

5 of 6

## CONCLUSION

WHEREFORE, FOR THE FOREGOING REASONS, PLAINTIFF MURZIKE, RESPECTFULLY REQUEST THIS COURT TO ENTER A RESTRAINING ORDER THAT I'M TO REMAIN IN CAMERA VIEW WHEN EXITING MY CELL & THAT A HANDHELD AUDIO/VIDEO CAMERA BE PLACED ON ME FOR PROTECTION REPEATED SEXUAL BATTERY/SEXUAL ADVANCES, & THREATS & PHYSICAL ABUSE. #2 I SEEK SGT.RULENITEN, SGT.R. GREEN, CO.COTTON,S. CO. DEAN,J.R. CO. BENNETTE RIOS, SGT.WOOD,C. CO. DECUBBLIS, LT. JOHN DOE CO. MATTOX, CO. WIGGINGS, SGT. STOCKLING, LT. DURBAROON, LT. JOHN DOE, SGT. MCCLURE, ETC. NOT ALLOWED AROUND ME & PUNISHED ACCORDING TO CH.33-208.002 &003 policy #3 THAT MY R.D.P./C.F.O KOSHER BAGS BE SERVED UNSANITARY & MY RELIGIOUS DIET NOT VIOLATED & THESE INMATES ORDERLY BRIMBERRY, C. I/M LOWE, I/M JENKINGS, I/M AUSTIN, I/M WELCH, ETC. BE PUNISHED ACCORDING TO CH.33-601.302.-314 & I SEEK TO HAVE CRIMINAL CHARGES FILED ON ALL ABOVE STAFFS & I/M'S WHO INTENTIONALLY STARVE ME & DENIED MY FOOD. #4 I SEEK COMPENSATION AND PUNITIVE DAMAGES #5 I SEEK TO HAVE INSPECTOR GENERAL FROM OUTSIDE TALLAHASSEE COME INTERVIEW ME & FLA DEPT. LAW ENFORCEMENT COME IN INTERVIEW ME TO FILE CRIMINAL CHARGES ETC. FOR THE SEXUAL BATTERY (RAPE) & MEDICAL DOCTORS & FLA. DEPT. INSURANCE COME EXAMINE BODY & COLLECT DNA/A FROM RAPE & ABUSE IMMEDIATELY. #6 I SEEK TO BE REMOVE FROM THIS PRISON & TRANSFER CLOSE TO HOME OUT OF THIS REGION 2 & REGION 1 & SHIP TO REGION 3 DADE C.I., LAKE C.F. CHARLOTTE C.F. ETC- DUE TO REPEATED ABUSE

STATE OF FLORIDA

COUNTY OF RAIFORD

BEFORE ME, THE UNDERSIGNED AUTHORITY, THIS DAY PERSONALLY APPEARED James T. Murzike, WHO BEING FIRST DULY SWORN, SAYS THAT HE IS THE PLAINTIFF, IN THE ABOVE STYLED CAUSE, THAT HE WAS READ THE FOREGOING MOTION FOR EMERGENCY INJUNCTION & HAS PERSONAL KNOWLEDGE OF THE FACTS & MATTERS THEREIN SET FORTH & THAT EACH & ALL OF THESE FACTS & MATTERS ARE TRUE & CORRECT.

1-18-23
DATE

James T. Murzike
PLAINTIFF

SWORN & SUBSCRIBED TO BEFORE ME, THIS 18TH DAY OF JANUARY 2023.

_____
NOTARY PUBLIC - STATE OF FLORIDA

Joshua Jeffcoat
Notary Public
State of Florida
Comm# HH144527
Expires 6/22/2025

6 OF 6